IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                          **Case No. 10-40130-01-RDR**

HAROLD M. WILKERSON II,

        Defendant.

## **O R D E R**

This case is before the court upon the government's motion to revise the scheduling order in this case. The motion requests that the court revise the scheduling order or, alternatively, cancel a status conference currently scheduled for March 2, 2011. Upon review of the matter, the court shall cancel the status conference.

**IT IS SO ORDERED.**

Dated this 24th day of February, 2011 at Topeka, Kansas.

                                          s/Richard D. Rogers
                                          United States District Judge